### 42273. CARMACK v. OGLETHORPE COMPANY.

FELTON, Chief Judge. The judgment of this court denying the motion to dismiss the appeal was reversed. by the Supreme Court in *Oglethorpe Company v. Carmack,* 223 Ga. 128 (153 SE2d 541). The judgment of this court denying the motion to dismiss the appeal is vacated, and the motion to dismiss the appeal is granted.

*Appeal dismissed. Frankum and Pannell, JJ., concur.*

DECIDED MARCH 10, 1967.

*E. T. Hendon, Jr.,* for appellant.

*Spearman, Bynum & Goodwin, W. L. Spearman, B. Hugh Burgess,* for appellee.